ALBERT M. BLOOM, Appellant, v. FORESTERS OF AMERICA, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

WOOLF CHEMICAL PRODUCTS, INC., Respondent, v. HAROLD E. LIPPINCOTT and Others, Individually and as Executors, etc., of ALBERT E. WOOLF, Deceased, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order with notice of entry upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

SCHULTZ-GOLDMAN, INC., v. ALBERT R. GROSS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure proposed case to be served on or before March 19, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

A. FILIPPI COMPANY v. JOHN O'LEARY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 19, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

PAULINE LASKE v. AGNES B. WYNNE and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

SIDNEY LASKE v. AGNES B. WYNNE and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

In the Matter of LONG ISLAND WRECKING Co., INC., v. ZELICK PESHKIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before March 19, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

STELLA B. ABRAMS v. LOUIS ABRAMS.— Motion to dismiss appeal denied, without costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ADAM KESSEL, JR., and Others v. TRIANGLE FILM CORPORATION.— Motion for preference granted for March 16, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

In the Matter of JESSE W. POWERS, Deceased.— Motion for preference granted for March 14, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy JJ.

In the Matter of GEORGE R. FEARING, Deceased.— Motion for preference granted for March 20, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

In the Matter of LLOYD MEEGEE COFER, Deceased.— Motion for preference granted for March 20, 1923. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

WILLIAM E. D. STOKES v. HELEN E. STOKES.— Motion granted on condition that appellant procure the appeal to be argued or submitted on March 23, 1923; and if said condition be not complied with, motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE COAL AND IRON NATIONAL BANK v. AARON H. HOUTMAN.— Motion for preference denied. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.